### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

---

**Adversary Title:** Robinson v. Pacific Motors

**Case No.:** 17-90400 - D - 13

**Adv No:** 17-09005 - D
**Date and Time:** 03/22/2018 at 09:30

**Matter:**    Pre-Trial Conference - [1] - (11 (Recovery of money/property - 542 turnover of property)),(72 (Injunctive relief - other)) : Complaint 17-09005 by Jamelia Antoinette Robinson against Pacific Motors. (Fee Amount of $350.00 is Exempt.) (eFilingID: 6061909) (jflf)

**Judge: Robert S. Bardwil**
**Courtroom Deputy:  Nancy Williams**
**Reporter:  Laura Fowler**
**Department: D**

---

**APPEARANCES for :**
**Movant(s) :**
(by phone) Plaintiff's Attorney - Ken Neely
**Respondent(s) :**
(by phone) Defendant's Attorney - Kathleen P. March

---

   **PRE-TRIAL CONFERENCE CONTINUED TO: 5/31/18 at 09:30 AM** Request of Parties

   **The hearing was continued for the following reason(s):**
BDRP order to be issued by chambers and no telephonic appearances to be made at the continued pre-trial conference.