Kathleen P. March (Bar No. 80366)
THE BANKRUPTCY LAW FIRM, PC
10524 W. Pico Boulevard, Suite 212
Los Angeles, CA 90064
Phone (310) 559-9224
Fax (310) 559-9133
e-mail: kmarch@BKYLAWFIRM.com
Attorneys for Defendant Pacific Motors, a CA Corp.

**UNITED STATES BANKRUPTCY COURT**

EASTERN DISTRICT OF CALIFORNIA (MODESTO)

| | |
|---|---|
| In re:<br><br>JAMELIA ANTOINETTE ROBINSON<br><br><br>Debtor<br>_____<br><br>JAMELIA ANTOINETTE ROBINSON<br><br>              Plaintiff-Debtor<br>versus<br>PACIFIC MOTORS,<br>A CA CORP.<br>     Defendant<br>_ | Chapter 13<br>Case No.17-90400    Adv. Proc No. 17-09005<br><br>**NOTICE OF CONTINUANCE:  MOVANTS PACIFIC MOTORS, AND THE BANKRUPTCY LAW FIRM, PC, HEREBY CONTINUE THE HEARING--FROM 5/15/18 AT 10AM, TO 6/19/18 AT 10AM–OF MOVANTS' MOTION TO DISMISS HEREIN ADVERSARY PROCEEDING, UNLESS ROBINSON'S COUNSEL, NEELEY, HAS REIMBURSED *LAW FIRM*, FOR THE 10 HOURS OF ATTORNEY TIME (4AM TO 2PM) SPENT TRAVELING FROM LA TO SACRAMENTO, AND BACK, PLUS $202 AIR FARE, PLUS $78.60 TAXIS, SPENT TO ATTEND 3/22/18 PRETRIAL CONFERENCE, IN PERSON, AS REQUIRED, WHICH PLAINTIFF'S COUNSEL NEELEY FAILED TO ATTEND IN PERSON**<br><br>Continued (New) Hearing date for this Motion to Dismiss is:<br>Date: June 19, 2018<br>Time: 10:00am<br>Place: Modesto Division, 1200 I St, Suite 4, Modesto CA<br><br>Originally Noticed Hearing date was:<br>Date: May 15, 2018<br>Time: 10:00am<br>Place: Modesto Division, 1200 I St, Suite 4, Modesto CA<br><br>[Defendant's counsel will appear by phone via Court Call system] |

    PLEASE TAKE NOTICE that Movants Pacific Motors and The Bankruptcy Law Firm, PC hereby **continue** the hearing date on Movants' Motion moving the

---

**NOTICE OF CONTINUANCE: MOVANTS PACIFIC MOTORS, AND THE BANKRUPTCY LAW FIRM, PC, CONTINUE THE HEARING–FROM 5/15/18 TO 6/19/18–OF THEIR MOTION TO DISMISS ADV PROC. UNLESS NEELEY, ESQ. REIMBURSES *LAW FIRM*, FOR WASTED TRIP TO SACRAMENTO**   -1-

Bankruptcy Court **to dismiss the herein Robinson v. Pacific Motors adversary proceeding**, unless before the hearing date, Kenneth Neeley, Esq., has reimbursed *Law Firm* for attorney Kathleen P. March, Esq. of Law Firm's wasted trip from LA to Sacramento and back, on 3/22/18, for the Pretrial Conference in said adversary proceeding, which Neeley was required to attend, in person, as plaintiff Robinson's counsel, but which Neeley failed to attend in person.

    Said Motion is item #29 on the adversary proceeding docket, and was efiled 3/27/18. By this Notice, Movants continue the hearing date of said Motion from the originally noticed hearing date of 5/15/18 at 10:00am, to **June 19, 2018 at 10:00am**, still at the location stated on page 1 hereof.

    This Continuance is necessary due to the fact that the Court set for hearing, on 5/31/18, Pacific Motors Motion for entry of written order to memorialize the Court's oral ruling, made at the 3/22/18 pretrial conference, that attorney Neeley was required to reimburse the time and costs of Pacific Motors counsel March, of The Bankruptcy Law Firm, PC, spent traveling from LA to Sacramento for the 3/22/18 pretrial conference, which could not go forward because Neeley failed to attend in person. Until the Court enters a written Order ordering Neeley to reimburse March's time/costs, it is premature for the Court to hear the Motion to Dismiss the herein Adversary Proceeding, unless Neeley reimburses March's time/costs.

    Due to the Motion being continued for hearing to June 19, 2018 at 10:00am, Movants hereby modify their Motion, to request that the Court order the adversary proceeding dismissed, if Neeley has not reimbursed attorney March for her wasted trip, before the continued, June 19, 2018 at 10:00am hearing date of Motion.

Dated: April 30, 2018    THE BANKRUPTCY LAW FIRM, PC
    /s/ Kathleen P. March
By Kathleen P. March, Esq., counsel for Pacific Motors, and for Law Firm, on the herein Motion to Dismiss

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10524 W. Pico Blvd., Ste. 212, Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled: **NOTICE OF CONTINUANCE: MOVANTS PACIFIC MOTORS, AND THE BANKRUPTCY LAW FIRM, PC, HEREBY CONTINUE THE HEARING--FROM 5/15/18 AT 10AM, TO 6/19/18 AT 10AM–OF MOVANTS' MOTION TO DISMISS HEREIN ADVERSARY PROCEEDING, UNLESS ROBINSON'S COUNSEL, NEELEY, HAS REIMBURSED *LAW FIRM*, FOR THE 10 HOURS OF ATTORNEY TIME (4AM TO 2PM) SPENT TRAVELING FROM LA TO SACRAMENTO, AND BACK, PLUS $202 AIR FARE, PLUS $78.60 TAXIS, SPENT TO ATTEND 3/22/18 PRETRIAL CONFERENCE, IN PERSON, AS REQUIRED, WHICH PLAINTIFF'S COUNSEL NEELEY FAILED TO ATTEND IN PERSON**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **04/30/18** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Stuart M. Price, Price Law Group, APC Co-Counsel for Plaintiff: stuart@pricelawgroup.com
L. Tegan Hurst, Price Law Group, Co-Counsel for Plaintiff: tegan@pricelawgroup.com
Kenneth L. Neeley, Neeley Law Firm, PLC, Co-Counsel for Plaintiff: ecf@neeleylaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **N/A** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **N/A**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/30/18 | Kathleen P. March | /s/ Kathleen P. March |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*　　　　　　　　　　　　　　　　　　　　　　**F 9013-3.1.PROOF.SERVICE**