UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JAMELIA ROBINSON,<br><br>        Debtor.<br>_____<br><br>JAMELIA ROBINSON,<br><br>        Plaintiff,<br>v.<br><br>PACIFIC MOTORS,<br><br>        Defendant.<br>_____ | ) Case No. 17-90400-D-13<br>)<br>)<br>)<br>)<br>)<br>)<br>) Adv. Pro. No. 17-9005-D<br>)<br>)<br>) DATE: August 30, 2018<br>) TIME: 9:30 a.m.<br>) DEPT: D (Courtroom 34)<br>)      501 I Street, 6th Floor<br>)      Sacramento, CA 95814<br>) |

**ORDER SETTING STATUS CONFERENCE**

    On July 17, 2018 the court granted the parties' motion to approve a compromise of the above-referenced adversary proceeding and the plaintiff was to submit an order approving the compromise to be signed off by the defendant's counsel. As of date the plaintiff has failed to submit such an order. As such,

    IT IS ORDERED that a status conference in this adversary proceeding is set for August 30, 2018 at 9:30 a.m. at the above-noted court location.

    IT IS FURTHER ORDERED that no telephonic appearances will be allowed at this status conference unless the court specifically orders otherwise.

Dated: August 01, 2018

Robert S. Bardwil, Judge
United States Bankruptcy Court

# Instructions to Clerk of Court
### Service List - Not Part of Order/Judgment

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked ____, via the U.S. mail.

| **Attorney for the Plaintiff(s)** | **Attorney for the Defendant(s)** |
|---|---|
| **Chapter 13 Bankruptcy Trustee** | |