UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JAMELIA ROBINSON,<br><br>        Debtor.<br>_____<br><br>JAMELIA ROBINSON,<br><br>        Plaintiff,<br>v.<br><br>PACIFIC MOTORS,<br><br>        Defendant.<br>_____ | Case No. 17-90400-D-13<br><br><br><br><br><br><br>Adv. Pro. No. 17-9005-D<br><br><br>DATE: August 30, 2018<br>TIME: 9:30 a.m.<br>DEPT: D (Courtroom 34)<br>      501 I Street, 6th Floor<br>      Sacramento, CA 95814 |

**ORDER CONCLUDING STATUS CONFERENCE**

    On August 1, 2018 an order was entered dismissing the above-referenced adversary proceeding.  As such,

    IT IS ORDERED the status conference that was set to be held on August 30, 2018 at 9:30 a.m. is removed from calendar.  No appearance is necessary.

Dated: August 06, 2018

Robert S. Bardwil, Judge
United States Bankruptcy Court

# Instructions to Clerk of Court
### Service List - Not Part of Order/Judgment

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked \_\_\_\_, via the U.S. mail.

| **Attorney for the Plaintiff(s)** | **Attorney for the Defendant(s)** |
|---|---|
| **Chapter 13 Bankruptcy Trustee** | |