Stuart M. Price, SBN 150439
L. Tegan Hurst, SBN 275830
**PRICE LAW GROUP, APC**
6345 Balboa Boulevard, Suite 247
Encino, CA 91316
Tel: 818.995.4540 | Fax: 818.380.7626
tegan@pricelawgroup.com
stuart@pricelawgroup.com

Kenneth L. Neeley, AZ 025899
**NEELEY LAW FIRM, PLC**
2250 E. Germann Rd., Suite11
Chandler, AZ 85286
Tel: 480.802.4647 | Fax: 480.907.1648
ecf@neeleylaw.com
*Attorneys for Plaintiff*

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>Jamelia Antoinette Robinson,<br>　　　　　Debtor. | Bankruptcy Case No.: 17-90400-D-13G<br>Adv. No..: 17-09005<br>Docket Control No.: KLN-1 |
| Jamelia Antoinette Robinson,<br>　　　　　Plaintiff,<br>vs.<br>Pacific Motors,<br>　　　　　Defendant. | **RENEWED FIRST FEE APPLICATION OF PLAINTIFF'S COUNSEL** |

　　　　Neeley Law Firm, PLC and Price Law Group, APC ("Applicants"), counsel for Jamelia Antoinette Robinson ("Plaintiff"), in the above-captioned bankruptcy case, make this application for allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred on behalf of Plaintiff.

　　　　In addition to this *Application*, a *Declaration by Plaintiff's Counsel in Support of Renewed First Fee Application by Plaintiff's Counsel (*the *"Declaration")* has been filed. Applicants respectfully represent as follows:

## I. FACTUAL BACKGROUND

Plaintiff filed for Chapter 13 bankruptcy relief on May 11, 2017 ("Petition Date").

Plaintiff hired Applicants to represent her in the present adversary proceeding, which was filed on June 2, 2017. The present case alleged a violation of the automatic stay of 11 U.S.C. § 362.

At the outset of representation in this case, Plaintiff agreed to compensate Applicants up to their ordinary hourly rates contingent on a recovery in the case.

Applicants represented Plaintiff throughout the case, which went through several rounds of settlement negotiations, discovery, pretrial preparations, mediation, settlement, and pending final disposition of the case.

During the pendency of this case, Applicants spent a total of 153.1 billable hours in their representation of the Plaintiff. Based upon Applicants' ordinary hourly rates in effect at the time these services were rendered, Applicants incurred fees in the amount of $65,123.00 and out-of-pocket expenses totaling $2,091.75 for a total of fees and expenses of $67,214.75. The *Declaration* more fully details and supports the fees and expenses.

The names and hourly rates charged by all of Applicant's professionals and para-professionals requesting compensation for fees are:

| Name | Position | Rate |
|---|---|---|
| Kenneth L Neeley | Attorney | $450 |
| Stuart M Price | Attorney | $550 |
| L. Tegan Rodkey | Attorney | $350 |
| David A Chami | Attorney | $500 |
| Candace J Arroyo | Attorney | $350 |
| Teresa E Maloney | Paralegal | $120 |
| Lidia A Ramirez | Paralegal | $120 |
| Mari Cervantes | Paralegal | $120 |
| Gabriel Cruz | Paralegal | $120 |
| Florence Lirato | Paralegal | $120 |

The rates charged by the professionals in this case are the same the firm charges its other litigation clients. Applicants are highly qualified, and their billing rates are comparable to similarly qualified practitioners.

The detailed ordinary and necessary expenses in this case are:

| 1/15/2018 | Airline Ticket, Rental Car, Parking | $197.76 |
|---|---|---|
|  | Deposition Costs | $1,422.70 |
| 5/10/2018 | Airline Ticket, Uber, Parking | $329.55 |
| 7/5/2018 | Mailing Costs | $111.74 |
| 7/17/2018 | CourtCall Charge | $30.00 |

At mediation, Applicants and Plaintiff agreed that Applicants would reduce fees and expenses to $21,000.00 to allow Plaintiff to keep a monetary recovery of $4,000.00 in addition to the removal of the secured claim from her Chapter 13 Plan. This represents a 69% reduction in Applicants' fees and expenses.

Fees will not be shared with any other firm or professional outside of Applicants' firms.
**The total amount for which approval is sought by Applicants for fees and costs is $21,000.**

## II. STANDARDS OF EVALUATION

As set forth above, Applicants billed total fees of $65,123.00 to the Debtor's bankruptcy estate for professional services rendered during the Application Period. These amounts were calculated in accordance with 11 U.S.C. § 330 using the ordinary hourly rate(s) for the attorneys and para-professionals involved. This has also been referred to as the "lodestar" or basic fee which, if warranted, may be adjusted upward or downward. See also *In re Powerline Oil Co.*, 71 Bankr. 767 (9th Cir. 1986). To evaluate whether an adjustment is required, the Ninth Circuit has coupled the "lodestar" approach with consideration of factors enumerated in the Fifth Circuit case of *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974). See *In re Nucorp Energy, Inc.*, 764 F.2d 655, *passim* (9th Cir. 1985); *In re Powerline Oil Co.*, 71 B.R. 767 (9th Cir. B.A.P. 1986). Finally, compensable services must be "performed within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue

or task addressed." 11 U.S.C. §330(a)(3)(A).

Applicant:

1. Performed the necessary accounting services with the proper skills;

2. Provided the services necessary to the administration of this case; and

3. Performed these services within an amount of time reasonably commensurate with the complexity, importance, and nature of each task.

Applicant assisted in all of the foregoing, necessary tasks in a skillful and efficient fashion. Applicant has also provided a copy of the invoice to the Plaintiff, who has not objected to the calculation of the total fees, especially in light of the substantial reduction of fees and expenses offered to her.

**WHEREFORE**, Applicants respectfully request that this Court enter an Order granting approval of a total of $21,000.00 to cover both compensation for professional services rendered by Applicants and reimbursement of actual and necessary expenses incurred by Applicants.

DATED: September 11, 2018  **NEELEY LAW FIRM, PLC**

*/s/ Kenneth L. Neeley*
Kenneth L. Neeley
*Attorney for Plaintiff*