Stuart M. Price, SBN 150439
L. Tegan Hurst, SBN 275830
**PRICE LAW GROUP, APC**
6345 Balboa Boulevard, Suite 247
Encino, CA 91316
Tel: 818.995.4540 | Fax: 818.380.7626
tegan@pricelawgroup.com
stuart@pricelawgroup.com

Kenneth L. Neeley, AZ 025899
**NEELEY LAW FIRM, PLC**
2250 E. Germann Rd., Suite11
Chandler, AZ 85286
Tel: 480.802.4647 | Fax: 480.907.1648
ecf@neeleylaw.com

*Attorneys for Plaintiff*

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>Jamelia Antoinette Robinson,<br>          Debtor.<br><br>Jamelia Antoinette Robinson,<br>          Plaintiff,<br>vs.<br>Pacific Motors,<br>          Defendant. | Bankruptcy Case No.: 17-90400-D-13G<br>Adv. No.: 17-09005<br>Docket Control No. KLN-1<br><br>**NOTICE OF MOTION AND HEARING ON FEE APPLICATION OF PLAINTIFF'S COUNSEL**<br>**and**<br>**BAR DATE FOR OBJECTIONS**<br><br>**Hearing Date: October 23, 2018**<br>**Hearing Time: 10:00am**<br>**Dept: D (Courtroom 34)** |

**NOTICE IS HEREBY GIVEN** a hearing on the *Renewed First Fee Application of Plaintiff's Counsel* is scheduled for **October 23, 2018 at 10:00 AM** at the United States Bankruptcy Court Eastern District of California, Modesto Division, 1200 I Street, Suite 4, Modesto, CA 95354.

1

Oppositions to the *Renewed First Fee Application of Plaintiff's Counsel* must be filed within 21 days of the date of this Notice.

Failure to file timely written opposition may result in the Application being granted by the Court without oral argument or the striking of untimely written opposition.

Parties may determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing.

Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

DATED: September 11, 2018                                         **NEELEY LAW FIRM, PLC**

                                                         */s/ Kenneth L. Neeley*
                                                         Kenneth L. Neeley
                                                         *Attorney for Plaintiff*