Stuart M. Price, SBN 150439
L. Tegan Hurst, SBN 275830
**PRICE LAW GROUP, APC**
6345 Balboa Boulevard, Suite 247
Encino, CA 91316
Tel: 818.995.4540 | Fax: 818.380.7626
tegan@pricelawgroup.com
stuart@pricelawgroup.com

Kenneth L. Neeley, AZ 025899
**NEELEY LAW FIRM, PLC**
2250 E. Germann Rd., Suite 11
Chandler, AZ 85286
Tel: 480.802.4647 | Fax: 480.907.1648
ecf@neeleylaw.com
*Attorneys for Plaintiff*

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>Jamelia Antoinette Robinson,<br>                    Debtor. | Bankruptcy Case No.: 17-90400-D-13G<br>Adv. No..: 17-09005<br>Docket Control No.: KLN-1 |
| Jamelia Antoinette Robinson,<br>                    Plaintiff,<br>vs.<br>Pacific Motors,<br>                    Defendant. | **DECLARATION OF KENNETH L. NEELEY IN SUPPORT OF RENEWED FIRST FEE APPLICATION OF PLAINTIFF'S COUNSEL** |

I, Kenneth L. Neeley, do hereby declare as follows:

1. I am over the age of 21 years and make the statements herein based upon my personal knowledge.
2. I am an attorney at the Neeley Law Firm, PLC ("Neeley Law") and counsel for Jamelia Antoinette Robinson, the Plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding").
3. The Plaintiff was also represented by Price Law Group, APC ("Price Law").
4. I am authorized to make this Declaration for and on behalf of Neeley Law and Price Law

1

(together "Applicants").

5. Plaintiff hired Applicants to represent her in the Adversary Proceeding, which was filed on June 2, 2017.

6. The Adversary Proceeding alleged a violation of the automatic stay of 11 U.S.C. § 362.

7. At the outset of representation in this case, Plaintiff agreed to compensate Applicants up to their ordinary hourly rates contingent on a recovery in the case.

8. Applicants represented Plaintiff throughout the case, which went through several rounds of settlement negotiations, discovery, pretrial preparations, mediation, and settlement approval by the Court.

9. During the pendency of this case, Applicants spent a total of 153.1 billable hours in their representation of the Plaintiff. Based upon Applicants' ordinary hourly rates in effect at the time these services were rendered, Applicants incurred fees in the amount of $65,123.00 and out-of-pocket expenses totaling $2,091.75 for a total of fees and expenses of $67,214.75 ("Fees").

10. A full and complete description of the Fees is contained in the itemized statement of fees which is attached hereto as **Exhibit 1** and incorporated herein by this reference.

11. The entries in Exhibit 1 contain a description of the time recorded by attorneys and paralegals who rendered services on behalf of Plaintiff.

12. The rates charged by the identified personnel are consistent with the rates charged by comparable firms in California for like legal services.

13. The detailed description of time in the attached itemized statement includes the initials of the individuals who performed each task, the amount of time expended in tenths of hours, a brief description of the work performed, and the amount of charges for the time involved.

14. Exhibit 1 was prepared after compiling all time entries submitted by the attorneys and paralegals working on the case and associated with the representation of the Plaintiff in this Adversary Proceeding only.

15. After reviewing the billing statements, I believe that all the entries were necessary, reasonable, appropriate, and relate to the representation of the Plaintiff in this Adversary

1. Proceeding only.
16. At mediation, Applicants and Plaintiff agreed that Applicants would limit total fees and expenses to $21,000.00 to allow Plaintiff to keep a monetary recovery of $4,000.00 in addition to the removal of the secured claim from her Chapter 13 Plan. This represents a 69% reduction in Applicants' fees and expenses.
17. The total amount of $21,000 requested by Applicants is a reasonable sum based upon the cause of action brought in this lawsuit, the quality of the representation provided, the nature and difficulty of the work to be done, the work actually performed by Applicants, and the results obtained by Applicants.
18. I have carefully read and reviewed the foregoing Declaration and the accompanying Exhibit 1 and assert that the facts contained in them to be true and correct.

DATED: September 11, 2018  **NEELEY LAW FIRM, PLC**

*/s/ Kenneth L. Neeley*
Kenneth L. Neeley
*Attorney for Plaintiff*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 1

# INVOICE

## Price Law Group PC

DATE: September 11, 2018
CASE: Robinson v. Pacific

| DATE | DESCRIPTION | HOURS | STAFF | RATE | AMOUNT |
|---|---|---|---|---|---|
| 5/11/2017 | Called Pacific Auto to give notice of the BK and make arrangements to get the car back. The male rep hung up on GAC. | 0.1 | GAC | $ 120.00 | $ 12.00 |
| 5/11/2017 | Called Pacific Auto again to give notice of the BK and make arrangements to get the car back. The male rep hung up on GAC again. | 0.1 | GAC | $ 120.00 | $ 12.00 |
| 5/11/2017 | Emailed client to request copy of current insurance and advise we will be sending a certified letter to Pacific Auto. | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 5/11/2017 | Called client to ask for copy of current insurance and advised we need to prepare a certified letter to Pacific Auto. | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 5/15/2017 | Drafted and mailed certified letter to Pacific Motors demanding return of vehicle. | 0.5 | GAC | $ 120.00 | $ 60.00 |
| 5/22/2017 | Email to client giving her update on status of car | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 5/24/2017 | Emailed DAC giving him a heads up that we are having trouble getting the car back. | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 5/24/2017 | Review email from LTR re. stay violation and fwd to KLN | 0.1 | DAC | $ 500.00 | $ 50.00 |
| 5/24/2017 | Review email from LTR re. stay violation and respond to team | 0.1 | KLN | $ 450.00 | $ 45.00 |
| 5/24/2017 | Called Pacific Motors. Same male rep told GAC he had to talk to his boss, Allan. Allan is gone for the day and call back tomorrow. | 0.1 | GAC | $ 120.00 | $ 12.00 |
| 5/24/2017 | Emailed update to client. | 0.1 | GAC | $ 120.00 | $ 12.00 |
| 5/25/2017 | Request instrucitons on how to proceed and give background | 0.1 | LMC | $ 120.00 | $ 12.00 |
| 5/25/2017 | Draft of simple letter and instruct LMC | 0.2 | DAC | $ 500.00 | $ 100.00 |
| 5/26/2017 | Drafted and mailed second certified letter to Pacific Motors demanding return of vehicle by 5/30/17. | 0.5 | GAC | $ 120.00 | $ 60.00 |
| 5/30/2017 | Called Pacific Motors. Left detailed voicemail. | 0.1 | GAC | $ 120.00 | $ 12.00 |
| 5/30/2017 | Called Pacific Motors again. Left detailed voicemail again. | 0.1 | GAC | $ 120.00 | $ 12.00 |
| 5/30/2017 | Received call from Pacific Motors, Amanda. Confirmed receipt of second letter. Does not want to return the car and want to go through with adversary proceeding. | 0.2 | LTR | $ 350.00 | $ 70.00 |
| 5/30/2017 | Emailed DAC. Pacific Motors does not intend to return car. | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 5/30/2017 | Review email from LTR and fwd to KLN | 0.1 | DAC | $ 500.00 | $ 50.00 |
| 5/30/2017 | Review email from LTR and respond to DAC re. options | 0.1 | KLN | $ 450.00 | $ 45.00 |
| 5/31/2017 | Email update to client | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 5/31/2017 | Emailed DAC and KLN to find out when AP will be filed | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 5/31/2017 | Emailed and called client with update. | 0.1 | GAC | $ 120.00 | $ 12.00 |
| 5/31/2017 | Received call from Pacific Motors – our client texted them to ask to pick up car | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 5/31/2017 | Received call from Pacific Motors – requested a week before we file the AP. She needs more time to gather documentation to prove that filing AP would be a waste of everyone time. Advised her that the longer we wait the more the damages increase. She advised that she spoke with several different legal counsels, but has not hired one. Mentioned she spoke with Mrs. March who instructed her that Pacific Motors is in a "no fault" zone since the repos occurred prior to client filing bankruptcy. Mrs. March further advised that the "automatic stay" only protects the debtor up on the filing of the bankruptcy (not before). | 0.2 | LTR | $ 350.00 | $ 70.00 |
| 6/1/2017 | Emailed KLN copy of Purchase Contract and forward notes regarding communication with Pacific Motors | 0.2 | LTR | $ 350.00 | $ 70.00 |
| 6/1/2017 | Emailed LTR asking if we wanted to file right away. Complaint is being drafted. | 0.1 | KLN | $ 450.00 | $ 45.00 |
| 6/1/2017 | Emailed client re. litigation representation | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 6/1/2017 | Emailed KLN summary of discussion with Pacific Motor rep. | 0.2 | LTR | $ 350.00 | $ 70.00 |
| 6/1/2017 | Emailed team with research re. legal position | 0.3 | KLN | $ 450.00 | $ 135.00 |
| 6/1/2017 | Emailed DAC and KLN that client confirms litigation representation | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 6/1/2017 | Review file, update legal research, and draft complaint and send to LTR for review and filing | 3.2 | KLN | $ 450.00 | $ 1,440.00 |

| DATE | DESCRIPTION | HOURS | STAFF | RATE | AMOUNT |
|---|---|---|---|---|---|
| 6/1/2017 | Reviewed complaint and cover page sent by KLN, edited. Researched corporate entity. Emailed to DAC to review and file. | 0.6 | LTR | $ 350.00 | $ 210.00 |
| 6/2/2017 | Filed AP | 0.3 | FL | $ 120.00 | $ 36.00 |
| 6/5/2017 | Received call from Pacific Motors, Amanda. Wants to speak with SMP to let him know that LTR filed AP after Pacific asked for a week and without first speaking to Pacific. Confirmed they will not return the car, will wait for judge's ruling. | 0.2 | LMC | $ 120.00 | $ 24.00 |
| 6/6/2017 | Email next steps to LTR | 0.2 | KLN | $ 450.00 | $ 90.00 |
| 6/6/2017 | Email update to KLN on 6/5 call from Amanda | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 6/6/2017 | Review email from LTR and respond | 0.1 | KLN | $ 450.00 | $ 45.00 |
| 6/8/2017 | Receive letter from Pacific, review and fwd to KLN & DAC | 0.2 | LTR | $ 350.00 | $ 70.00 |
| 6/8/2017 | Review letter and respond to team | 0.2 | KLN | $ 450.00 | $ 90.00 |
| 6/8/2017 | Review letter | 0.2 | DAC | $ 500.00 | $ 100.00 |
| 6/14/2017 | Received call from Pacific, Amanda. Client's boyfriend arrived to pick up items from car. He is not on account, they will not grant him access without permission from client. They need something in writing. Email team. | 0.3 | LTR | $ 350.00 | $ 105.00 |
| 6/14/2017 | Sent email to client letting her know Pacific needs written communication to allow boyfriend to pick up belongings. | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 6/14/2017 | Prepared written authorization for client to have boyfriend pick up belongings. | 0.2 | GAC | $ 120.00 | $ 24.00 |
| 6/20/2017 | Emailed LMC and FL re. service of AP | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 6/20/2017 | Emailed DAC and KLN to see if we should phone Pacific. No answer has been filed. Discuss service. | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 6/20/2017 | Review email and respond w/ recommended steps | 0.2 | KLN | $ 450.00 | $ 90.00 |
| 6/20/2017 | Review emails and confirm approach | 0.2 | DAC | $ 500.00 | $ 100.00 |
| 6/26/2017 | Called court to request Alias Summons | 0.1 | LAR | $ 120.00 | $ 12.00 |
| 8/3/2017 | Review answer and fwd to team | 0.3 | LTR | $ 350.00 | $ 105.00 |
| 8/3/2017 | Review answer and emails w/ team re. legal position, next steps, settlement | 0.5 | KLN | $ 450.00 | $ 225.00 |
| 8/3/2017 | Review answer and email team | 0.3 | DAC | $ 500.00 | $ 150.00 |
| 8/4/2017 | Review order to confer | 0.1 | KLN | $ 450.00 | $ 45.00 |
| 8/4/2017 | Emailed OC to see if she would be available at 10:15 or 10:20 for the Meet and Confer. | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 8/4/2017 | Call w/ KLN re. case status and meet & confer | 0.3 | LTR | $ 350.00 | $ 105.00 |
| 8/4/2017 | Call w/ LTR re. case status and meet & confer | 0.3 | KLN | $ 450.00 | $ 135.00 |
| 8/4/2017 | Telephone call to OC. Not available. Sent email to OC. | 0.2 | LTR | $ 350.00 | $ 70.00 |
| 8/4/2017 | Received email from OC to call her office for the Meet and Confer. Responded that I would call back at 12:15pm. | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 8/4/2017 | Meet and confer with OC 12:13pm to 12:55pm | 0.7 | LTR | $ 350.00 | $ 245.00 |
| 8/4/2017 | Meet and confer with OC 12:13pm to 12:55pm | 0.7 | KLN | $ 450.00 | $ 315.00 |
| 8/4/2017 | Telephone call with client to provide update. | 0.3 | LTR | $ 350.00 | $ 105.00 |
| 8/4/2017 | Telephone call with client to provide update. | 0.3 | KLN | $ 450.00 | $ 135.00 |
| 8/4/2017 | Internal emails re. settlement, admission of KLN to CAED, strategy | 0.4 | KLN | $ 450.00 | $ 180.00 |
| 8/4/2017 | Review and send emails re. settlement, admission of KLN to CAED, strategy | 0.2 | DAC | $ 500.00 | $ 100.00 |
| 8/4/2017 | Review emails from KLN & DAC | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 8/4/2017 | Draft settlement demand email for LTR to review and send | 0.7 | KLN | $ 450.00 | $ 315.00 |
| 8/4/2017 | Draft letter of preservation for LTR to review and send | 0.8 | KLN | $ 450.00 | $ 360.00 |
| 8/4/2017 | Sent email to OC regarding Meet and Confer & sent letter of preservation. | | LTR | $ 350.00 | $ - |
| 8/4/2017 | Sent email to OC regarding pickup of vehicle. | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 8/4/2017 | Received email from OC regarding Meet and Confer | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 8/7/2017 | Draft joint discovery plan and send to LTR for review and to send to OC | 0.9 | KLN | $ 450.00 | $ 405.00 |
| 8/7/2017 | Emailed OC draft of Proposed Joint Discovery Plan | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 8/7/2017 | Received email from OC re settlement and stating no need for Joint Discovery Plan. | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 8/7/2017 | Review email from OC and respond to team and draft repsonse for LTR to review and send | 0.8 | KLN | $ 450.00 | $ 360.00 |
| 8/7/2017 | Review email from KLN and confirm approach | 0.1 | DAC | $ 500.00 | $ 50.00 |
| 8/8/2017 | Email from OC with settlement offer, review and fwd | 0.3 | LTR | $ 350.00 | $ 105.00 |
| 8/8/2017 | Review settlement offer, next steps w/ LTR, internal emails w/ team | 0.5 | KLN | $ 450.00 | $ 225.00 |
| 8/8/2017 | Review internal emails and respond | 0.2 | DAC | $ 500.00 | $ 100.00 |
| 8/8/2017 | Several telephone call to clt regarding offer & email | 0.4 | LTR | $ 350.00 | $ 140.00 |

| DATE | DESCRIPTION | HOURS | STAFF | RATE | AMOUNT |
|---|---|---|---|---|---|
| 8/8/2017 | Conference call: DAC, LTR, KLN | 0.2 | LTR | $ 350.00 | $ 70.00 |
| 8/8/2017 | Conference call: DAC, LTR, KLN | 0.2 | DAC | $ 500.00 | $ 100.00 |
| 8/8/2017 | Conference call: DAC, LTR, KLN | 0.2 | KLN | $ 450.00 | $ 90.00 |
| 8/8/2017 | Conference call: client, LTR, KLN | 0.2 | LTR | $ 350.00 | $ 70.00 |
| 8/8/2017 | Conference call: client, LTR, KLN | 0.2 | KLN | $ 450.00 | $ 90.00 |
| 8/8/2017 | Email to client confirming settlement rejection & proceed with lawsuit. | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 8/9/2017 | Conference call with CJA and KLN to discuss scheduling conference | 0.2 | LTR | $ 350.00 | $ 70.00 |
| 8/9/2017 | Conference call with CJA and LTR to discuss scheduling conference | 0.2 | KLN | $ 450.00 | $ 90.00 |
| 8/9/2017 | Email from OC stating that we must provide our client with written settlement offer from Pacific. Request that client write "I reject" on their offer. | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 8/9/2017 | Emailed client copy of settlement offer. | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 8/9/2017 | Internal emails re. settlement, demands by OC, approach | 0.3 | KLN | $ 450.00 | $ 135.00 |
| 8/9/2017 | Internal emails re. settlement, demands by OC, approach | 0.3 | LTR | $ 350.00 | $ 105.00 |
| 8/9/2017 | Internal emails re. settlement, demands by OC, approach | 0.3 | DAC | $ 500.00 | $ 150.00 |
| 8/9/2017 | Internal emails re. settlement, demands by OC, approach | 0.3 | SMP | $ 550.00 | $ 165.00 |
| 8/9/2017 | Draft detailed settlement demand letter for LTR to review and send | 1.6 | KLN | $ 450.00 | $ 720.00 |
| 8/9/2017 | Responded to OC's email re settlement and sent our settlement demand letter | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 8/9/2017 | Email to team re. approach to discovery | 0.1 | KLN | $ 450.00 | $ 45.00 |
| 8/9/2017 | Sent second email to OC re. rejection of settlement offer due to OC's demand for specific terms of rejection | 0.3 | LTR | $ 350.00 | $ 105.00 |
| 8/10/2017 | Attended Status Conference telephonically. | 0.4 | CJA | $ 350.00 | $ 140.00 |
| 8/10/2017 | Sent update email re. status conference to team | 0.3 | CJA | $ 350.00 | $ 105.00 |
| 8/10/2017 | Emails to team re. status conference | 0.1 | SMP | $ 550.00 | $ 55.00 |
| 8/10/2017 | Emails to team re. next steps | 0.1 | KLN | $ 450.00 | $ 45.00 |
| 8/11/2017 | Received email from OC with second settlement offer, review and fwd | 0.2 | LTR | $ 350.00 | $ 70.00 |
| 8/11/2017 | Review second settlement offer | 0.2 | KLN | $ 450.00 | $ 90.00 |
| 8/11/2017 | Emailed client copy of settlement offer | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 8/11/2017 | Called Laura Fowler to request recording of Case Status Conference | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 8/11/2017 | Telephone call from client. Discussed settlement offer. She rejects. | 0.3 | LTR | $ 350.00 | $ 105.00 |
| 8/11/2017 | Review recording on status conference, send detailed email to team re. thoughts on settlement conference, law, pro hac admission, next steps, settlement | 0.5 | KLN | $ 450.00 | $ 225.00 |
| 8/11/2017 | Answer questions in KLN's email | 0.1 | SMP | $ 550.00 | $ 55.00 |
| 8/14/2017 | Received and reviewed scheduling order. Fwd to KLN & DAC. | 0.2 | LTR | $ 350.00 | $ 70.00 |
| 8/14/2017 | Review scheduling order | 0.1 | KLN | $ 450.00 | $ 45.00 |
| 8/15/2017 | Draft and email Plaintiff's second settlement demand | 1.3 | KLN | $ 450.00 | $ 585.00 |
| 8/16/2017 | Email from client regarding vehicle – transmission is bad. | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 8/16/2017 | Emailed KLN regarding condition of car | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 8/16/2017 | Review email re. problems with car | 0.1 | KLN | $ 450.00 | $ 45.00 |
| 8/16/2017 | Internal emails re. next steps | 0.2 | KLN | $ 450.00 | $ 90.00 |
| 8/16/2017 | Internal emails re. next steps | 0.2 | LTR | $ 350.00 | $ 70.00 |
| 8/16/2017 | Internal emails re. next steps | 0.2 | DAC | $ 500.00 | $ 100.00 |
| 8/17/2017 | Draft written discovery for LTR to review and send | 5.7 | KLN | $ 450.00 | $ 2,565.00 |
| 8/17/2017 | Emailed client to follow up on items requested by KLN. | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 8/17/2017 | Email from OC to SMP re KLN not being licensed in CA. | 0.1 | SMP | $ 550.00 | $ 55.00 |
| 8/17/2017 | SMP responded to OC's email. | 0.1 | SMP | $ 550.00 | $ 55.00 |
| 8/17/2017 | Internal emails re. settlement, admission of KLN, approach | 0.2 | SMP | $ 550.00 | $ 110.00 |
| 8/17/2017 | Internal emails re. settlement, admission of KLN, approach | 0.2 | KLN | $ 450.00 | $ 90.00 |
| 8/17/2017 | Internal emails re. settlement, admission of KLN, approach | 0.2 | DAC | $ 500.00 | $ 100.00 |
| 8/17/2017 | Internal emails re. settlement, admission of KLN, approach | 0.2 | LTR | $ 350.00 | $ 70.00 |
| 8/18/2017 | Called and emailed client again about documents requested. | 0.2 | LTR | $ 350.00 | $ 70.00 |
| 8/18/2017 | Email to OC – disclosures were prepared. | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 8/18/2017 | Spoke to client about some of the items requested. Emailed KLN. | 0.2 | LTR | $ 350.00 | $ 70.00 |
| 8/18/2017 | Review email from LTR, review disclosures of OC, send update email re. our disclosures | 0.3 | KLN | $ 450.00 | $ 135.00 |
| 8/18/2017 | Send email to team re. approach to disclosures | 0.1 | SMP | $ 550.00 | $ 55.00 |
| 8/18/2017 | Draft discolsures and email to OC | 1.0 | KLN | $ 450.00 | $ 450.00 |
| 8/22/2017 | Draft letter to OC for LTR to review and send re. condition of vehicle, disclosures, and discovery | 0.9 | KLN | $ 450.00 | $ 405.00 |

| DATE | DESCRIPTION | HOURS | STAFF | RATE | AMOUNT |
|---|---|---|---|---|---|
| 8/22/2017 | Filed and Mailed written discovery requests to creditor's atty | 0.5 | LAR | $ 120.00 | $ 60.00 |
| 8/22/2017 | Emailed general case update letter and written discovery requests to OC. | 0.2 | LTR | $ 350.00 | $ 70.00 |
| 8/22/2017 | Email from OC. SMP responded | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 8/22/2017 | Email from OC regarding LTR's last name. SMP responded. | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 8/23/2017 | Emailed OC Initial Disclosures | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 9/6/2017 | Receive discovery responses from Pacific, quick review and fwd to KLN | 0.3 | LTR | $ 350.00 | $ 105.00 |
| 9/6/2017 | Review Pacific's responses, research on failure to respond to all quesitons, internal emails | 4.7 | KLN | $ 450.00 | $ 2,115.00 |
| 9/6/2017 | Email thoughts on Pacific's failure to respond | 0.2 | DAC | $ 500.00 | $ 100.00 |
| 9/19/2017 | Pro Hac Vice admission | 1.0 | TEM | $ 120.00 | $ 120.00 |
| 9/25/2017 | Received email from OC with Requests for Admission, Interrogatories, & Requests to Produce to Robinson. Quick review and fwd to KLN. | 0.3 | LTR | $ 350.00 | $ 105.00 |
| 9/25/2017 | Initial review of wrtiten discovery from Pacific | 0.8 | KLN | $ 450.00 | $ 360.00 |
| 9/25/2017 | Email from OC to SMP | 0.1 | LTR | $ 350.00 | $ 35.00 |
| 9/30/3017 | File pro hac vice paperwork | 0.2 | LTR | $ 350.00 | $ 70.00 |
| 10/2/2017 | Email OC re. admission | 0.1 | KLN | $ 450.00 | $ 45.00 |
| 10/2/2017 | Receive email from OC with editable discovery document and respond | 0.1 | KLN | $ 450.00 | $ 45.00 |
| 10/4/2017 | Draft and send letter to Ms. March re. discovery deficiencies | 1.2 | KLN | $ 450.00 | $ 540.00 |
| 10/6/2017 | Email from OC and respond that KLN is lead counsel | 0.1 | SMP | $ 550.00 | $ 55.00 |
| 10/6/2017 | Update team on communications with client | 0.1 | KLN | $ 450.00 | $ 45.00 |
| 10/9/2017 | Email OC re. productions of docs | 0.2 | KLN | $ 450.00 | $ 90.00 |
| 10/9/2017 | Email team re. status of discovery and strategy | 0.2 | KLN | $ 450.00 | $ 90.00 |
| 10/9/2017 | Call w/ client to discuss answers to discovery | 1.6 | KLN | $ 450.00 | $ 720.00 |
| 10/10/2017 | Receive and review detailed letter from OC re. production of docs and failure to respond to all interrogatories | 1.5 | KLN | $ 450.00 | $ 675.00 |
| 10/10/2017 | Email to OC responding to letter of same date and requesting a meet and confer | 0.3 | KLN | $ 450.00 | $ 135.00 |
| 10/10/2017 | Review lenghty email response from OC to my email | 0.3 | KLN | $ 450.00 | $ 135.00 |
| 10/13/2017 | Draft supplement to request for production, send to OC with an email responding to her email of 10/10/17 | 1.7 | KLN | $ 450.00 | $ 765.00 |
| 10/13/2017 | Review email and case sent by OC | 0.5 | KLN | $ 450.00 | $ 225.00 |
| 10/13/2017 | Prep for meet and confer with OC and hold call | 1.1 | KLN | $ 450.00 | $ 495.00 |
| 10/13/2017 | Send email to team re. meet and confer and settlement | 0.2 | KLN | $ 450.00 | $ 90.00 |
| 10/18/2017 | Email to client with follow up questions for discovery | 0.4 | KLN | $ 450.00 | $ 180.00 |
| 10/18/2017 | Draft letter to OC with detailed explanation of failure to comply with discovery for each question as requested by OC in meet and confer | 2.8 | KLN | $ 450.00 | $ 1,260.00 |
| 10/20/2017 | Email update from OC | 0.1 | KLN | $ 450.00 | $ 45.00 |
| 10/27/2017 | Review and organize faxes sent by client | 0.5 | TEM | $ 120.00 | $ 60.00 |
| 10/27/2017 | Review reponse letter from OC and repsonse email | 0.8 | KLN | $ 450.00 | $ 360.00 |
| 10/30/2017 | Draft resonses to RFAs, review and approve with client, send to OC | 3.5 | KLN | $ 450.00 | $ 1,575.00 |
| 10/31/2017 | Draft resonses to interrogatories, review and approve with client, organize documents. Still need a few items. | 5.7 | KLN | $ 450.00 | $ 2,565.00 |
| 11/3/2017 | Download and review docs prodcued by Pacific | 1.0 | KLN | $ 450.00 | $ 450.00 |
| 12/1/2017 | Send disocvery responses and update email to OC | 0.2 | KLN | $ 450.00 | $ 90.00 |
| 12/4/2017 | Discuss location for depositions | 0.3 | KLN | $ 450.00 | $ 135.00 |
| 12/4/2017 | Discuss location for depositions | 0.3 | SMP | $ 550.00 | $ 165.00 |
| 12/4/2017 | Discuss location for depositions | 0.3 | DAC | $ 500.00 | $ 150.00 |
| 12/4/2017 | Draft and serve NOD for 30b6 rep | 0.5 | KLN | $ 450.00 | $ 225.00 |
| 12/4/2017 | Compile and serve Privilege log | 2.2 | KLN | $ 450.00 | $ 990.00 |
| 12/5/2017 | Email from OC re. depos and scheduling | 0.2 | KLN | $ 450.00 | $ 90.00 |
| 12/6/2017 | Additional emai from OC re. depos and scheduling | 0.1 | KLN | $ 450.00 | $ 45.00 |
| 12/11/2017 | Receive NOD from OC and review scheduling requests and respond | 0.4 | KLN | $ 450.00 | $ 180.00 |
| 12/12/2017 | Emails with OC regarding scheduling | 0.3 | KLN | $ 450.00 | $ 135.00 |
| 12/12/2017 | Email update to client | 0.1 | KLN | $ 450.00 | $ 45.00 |
| 12/13/2017 | Review and sign stipulation re. depos and send to OC | 0.4 | KLN | $ 450.00 | $ 180.00 |
| 12/14/2017 | Receive and review Pacific's objection to RFP | 0.5 | KLN | $ 450.00 | $ 225.00 |
| 12/14/2017 | Review email from OC re. surrender of Prius | 0.2 | KLN | $ 450.00 | $ 90.00 |
| 12/19/2017 | Receive new NOC from OC | 0.1 | KLN | $ 450.00 | $ 45.00 |
| 12/28/2017 | Send email to OC re. incorrect date on NOD | 0.1 | KLN | $ 450.00 | $ 45.00 |
| 12/28/2017 | Emails from OC confirming 1/15/18 for depos and responses | 0.2 | KLN | $ 450.00 | $ 90.00 |
| 1/9/2018 | Internal emails re. depos and strategy | 0.2 | KLN | $ 450.00 | $ 90.00 |
| 1/9/2018 | Internal emails re. depos and strategy | 0.2 | LTR | $ 350.00 | $ 70.00 |

| DATE | DESCRIPTION | HOURS | STAFF | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1/9/2018 | Internal emails re. depos and strategy | 0.2 | SMP | $ 550.00 | $ 110.00 |
| 1/9/2018 | Internal emails re. depos and strategy | 0.2 | DAC | $ 500.00 | $ 100.00 |
| 1/12/2018 | Deposition prep, prepare quesitons, review docs, prepare exhibits | 4.0 | KLN | $ 450.00 | $ 1,800.00 |
| 1/15/2018 | Travel Costs: parking - $42.30; flight - $137.96; rental car - $17.50 | | | | $ 197.76 |
| 1/15/2018 | Travel and depositions (4:32am to 11:27pm) | 18.9 | KLN | $ 450.00 | $ 8,505.00 |
| | Deposition costs | | | | $ 1,422.70 |
| 1/16/2018 | Email to cleint with requests from depo | 0.2 | KLN | $ 450.00 | $ 90.00 |
| 1/16/2018 | Update email to team | 0.2 | KLN | $ 450.00 | $ 90.00 |
| 1/16/2018 | Email to LTR re. needs from the file and review responses and follow up questions | 0.5 | KLN | $ 450.00 | $ 225.00 |
| 1/16/2018 | Gather info and respond to KLN's requests | 0.4 | LTR | $ 350.00 | $ 140.00 |
| 1/22/2018 | Receive some docs from client and process | 0.2 | TEM | $ 120.00 | $ 24.00 |
| 3/14/2018 | Review depo transcripts and exhibits | 1.0 | KLN | $ 450.00 | $ 450.00 |
| 3/14/2018 | Begin draft of pretrial statement | 2.2 | TEM | $ 120.00 | $ 264.00 |
| 3/15/2018 | Complete and serve pretrial statement | 1.9 | KLN | $ 450.00 | $ 855.00 |
| 3/15/2018 | Send exhibit to court reporter | 0.1 | KLN | $ 450.00 | $ 45.00 |
| 3/15/2018 | Review Pacific's pretrial statement | 0.5 | KLN | $ 450.00 | $ 225.00 |
| 3/22/2018 | Prep for pretrial conference, call in | 0.7 | KLN | $ 450.00 | $ 315.00 |
| 3/22/2018 | Update email to team | 0.3 | KLN | $ 450.00 | $ 135.00 |
| 3/22/2018 | Receive and review email from OC demanding immediate payment of $4,280.60 to OC | 0.2 | KLN | $ 450.00 | $ 90.00 |
| 3/23/2018 | Multiple emails with OC re. her demand for payment | 0.7 | KLN | $ 450.00 | $ 315.00 |
| 3/23/2018 | Draft Motion for Clarification and file | 1.5 | KLN | $ 450.00 | $ 675.00 |
| 3/26/2018 | Review court orders re. Mediation | 0.2 | KLN | $ 450.00 | $ 90.00 |
| 3/26/2018 | Serve Mediation documents and prep COS | 0.5 | TEM | $ 120.00 | $ 60.00 |
| 3/27/2018 | File COS | 0.1 | LAR | $ 120.00 | $ 12.00 |
| 3/29/2018 | Review court order re. Motion for Clarification | 0.2 | KLN | $ 450.00 | $ 90.00 |
| 3/29/2018 | Review MTD filed by Pacific | 0.6 | KLN | $ 450.00 | $ 270.00 |
| 3/29/2018 | Emails with OC regarding recent motions and liability of Mr. Kumar and representation of Mr. Kumar personally | 0.4 | KLN | $ 450.00 | $ 180.00 |
| 3/29/2018 | Research on personal liability and update to team | 1.0 | KLN | $ 450.00 | $ 450.00 |
| 4/3/2018 | Review Motion for Written Order filed by Pacific | 0.7 | KLN | $ 450.00 | $ 315.00 |
| 4/5/2018 | Draft letter to Mr. Kumar re. potetnial personal liability and send | 1.3 | KLN | $ 450.00 | $ 585.00 |
| 4/13/2018 | Prep and attend initial mediation conference call | 1.2 | KLN | $ 450.00 | $ 540.00 |
| 4/16/2018 | Review motion to extend filed by Pacific | 0.6 | KLN | $ 450.00 | $ 270.00 |
| 5/4/2018 | Begin drafting responses to MTD and MTE and Motion for Written Order | 2.0 | KLN | $ 450.00 | $ 900.00 |
| 5/4/2018 | Email to OC re. exhibits for mediation | 0.1 | KLN | $ 450.00 | $ 45.00 |
| 5/4/2018 | Draft mediation memoradum and compile exhibits | 7.5 | KLN | $ 450.00 | $ 3,375.00 |
| 5/4/2018 | Email update to team | 0.2 | KLN | $ 450.00 | $ 90.00 |
| 5/10/2018 | Prep and attend mediation | 16.0 | KLN | $ 450.00 | $ 7,200.00 |
| 5/10/2018 | Airline Ticket, Uber, Parking | | | | $ 329.55 |
| 5/11/2018 | Email update to team | 0.3 | KLN | $ 450.00 | $ 135.00 |
| 5/22/2018 | Continuances of Pending Hearings and Stip w/ Ms. March | 0.6 | KLN | $ 450.00 | $ 270.00 |
| 6/5/2018 | Draft and file Motion to Approve Settlement | 2.0 | KLN | $ 450.00 | $ 900.00 |
| 6/8/2018 | Draft Notice of Hearing | 0.3 | TEM | $ 120.00 | $ 36.00 |
| 6/26/2018 | Hearing on Motion to Approve | 0.3 | CJA | $ 350.00 | $ 105.00 |
| 7/5/2018 | Prepare Service of Motion to Approve | 0.5 | TEM | $ 120.00 | $ 60.00 |
| 7/5/2018 | Mailing Costs | | | | $ 111.74 |
| 7/17/2018 | Hearing on Motion to Approve | 0.4 | KLN | $ 450.00 | $ 180.00 |
| 7/17/2018 | CourtCall Charge | | | | $ 30.00 |
| 7/23/2018 | Draft Order Approving Settlement and revisions w/ Ms. March | 0.9 | KLN | $ 450.00 | $ 405.00 |
| 8/1/2018 | Prepare, File, and Notice First Fee Application | 1.2 | KLN | $ 450.00 | $ 540.00 |
| | | **153.1** | | *TOTAL* | **$ 67,214.75** |

| Intials | Name | Position | Rate |
|---|---|---|---|
| KLN | Kenneth L Neeley | Attorney | 450 |
| SMP | Stuart M Price | Attorney | 550 |
| LTR | L. Tegan Rodkey | Attorney | 350 |
| DAC | David A Chami | Attorney | 500 |
| CJA | Candace J Arroyo | Attorney | 350 |
| TEM | Terea E Maloney | Paralegal | 120 |
| LAR | Lidia A Ramirez | Paralegal | 120 |
| LMC | Mari Cervantes | Paralegal | 120 |
| GAC | Gabriel Cruz | Paralegal | 120 |
| FL | Florence Lirato | Paralegal | 120 |