**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br>Jamelia Antoinette Robinson,<br>　　　　　Debtor. | Bankruptcy Case No.: 17-90400-D-13G<br>Adv. No.: 17-09005<br>**ORDER GRANTING FEE APPLICATION OF PLAINTIFF'S COUNSEL** |
| Jamelia Antoinette Robinson,<br>　　　　　Plaintiff,<br>vs.<br>Pacific Motors,<br>　　　　　Defendant. | |

　　　Neeley Law Firm, PLC and Price Law Group, APC ("Applicants") filed its *Renewed First Fee Application of Plaintiff's Counsel* ("Application") on September 11, 2018 at DE 79 and *Notice of Motion and Hearing on Fee Application of Plaintiff's Counsel and Bar Date for Objections* ("Notice") was filed on September 11, 2018 at DE 80 and served the following day via U.S. Mail. Pursuant to the Application and Notice, Applicant asks the Court to approve payment for work performed and for costs incurred for Plaintiff in the above-referenced Adversary Proceeding. The Application and Notice seek final approval and payment of fees incurred in the amount of $21,000.00 to cover both compensation for professional services rendered by Applicants and reimbursement of actual and necessary expenses incurred by

RECEIVED
November 05, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006389029

Applicants.

**WHEREFORE**, the Court, having considered the Application and Notice and there being no objections, it is hereby ordered,

A. The Fee Application is approved.

B. Granting Applicants approval of compensation for professional services rendered and reimbursement of actual and necessary expenses incurred by Applicant for the Plaintiff in the amount of $21,000.00.

Dated: November 05, 2018

Robert S. Bardwil, Judge
United States Bankruptcy Court